IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**NATHANIEL T. BRENT, #39218**                                                                **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 3:05cv507HTW-JCS**

**CHRISTOPHER B. EPPS, Commissioner of MDOC**                           **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed for plaintiff's failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice. Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 27th day of June, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE